**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6720**

JACOB D. PEYTON,

            Plaintiff - Appellant,

      v.

J. CARICO, Sergeant; R. ROBINSON,

            Defendants - Appellees,

      and

BRYAN WATSON; HARVEY; C/O ROBERTS; SCARBERRY,

            Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:09-cv-00492-JPJ-PMS)

Submitted: October 31, 2011          Decided: November 29, 2011

Before KING, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jacob D. Peyton, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacob D. Peyton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Peyton's excessive force claim in his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Peyton v. Carico, No. 7:09-cv-00492-JPJ-PMS (W.D. Va. May 20, 2011). We further deny Peyton's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED